■ In the Matter of the Claim of FRANCIS PHILLIP, Appellant, against C and M AUTO SPRING Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.